# United States Bankruptcy Court
## Eastern District of Michigan

In re  **Brenda S. Branch** _____  Case No.  **17-54451** _____

                                    Debtor(s)      Chapter  **13** _____

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2018, a copy of Debtor's **First Modified Pre-Confirmation Chapter 13 Plan** [Docket 22] was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed on the attached Court mailing Matrix.

/s/ Thomas H. Paluchniak
**Thomas Paluchniak P70284**
**BABUT LAW OFFICES, P.L.L.C.**
700 Towner Street
Ypsilanti, MI 48198
(734) 485-7000 Fax:(734) 485-6251
tpaluchniak@babutlaw.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0645-2<br>Case 17-54451-mar<br>Eastern District of Michigan<br>Detroit<br>Tue Jan  9 15:44:31 EST 2018 | Amazon.com<br>c/o Synchrony Bank<br>PO Box 965016<br>Orlando, FL 32896-5016 | American Express<br>P.O. Box 7863<br>Fort Lauderdale, FL 33329-7863 |
| Best Buy<br>P.O. Box 15519<br>Wilmington, DE 19850-5519 | Blue American Express<br>PO BOx 0001<br>Los Angeles, CA 90096-8000 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Chase<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 | Citi<br>PO Box 183041<br>Palatine, IL 60094 |
| JC Penney<br>P.O. Box 960001<br>Orlando, FL 32896-0001 | Kohl<br>P.O. Box 3043<br>Milwaukee, WI 53201-3043 | Macy's<br>P.O. Box 4562<br>Carol Stream, IL 60197-4562 |
| Meijer<br>P.O. Box 960003<br>Orlando, FL 32896-0013 | PayPal<br>PO Box 660433<br>Dallas, TX 75266-0433 | Sears<br>P.O. Box 6924<br>The Lakes, NV 88901-6924 |
| Target<br>P.O. Box 673<br>Minneapolis, MN 55440-0673 | The Home Depot<br>P.O. Box 103072<br>Roswell, GA 30076 | Total Community Credit Union<br>25155 Goddard Road<br>Taylor, MI 48180-6293 |
| Total Community Credit Union<br>PO Box 8071<br>Plymouth, MI 48170-8071 | Walmart<br>P.O. Box 530927<br>Atlanta, GA 30353-0927 | Wells Fargo Bank N.A., d/b/a Wells Fargo Dea<br>P.O. Box 19657<br>Irvine, CA 92623-9657 |
| Wells Fargo Dealer Service<br>P.O. Box 997517<br>Sacramento, CA 95899-7517 | Brenda S. Branch<br>10650 Pine Street<br>Taylor, MI 48180-3441 | Krispen S. Carroll<br>719 Griswold<br>Suite 1100<br>Detroit, MI 48226-3314 |
| Thomas Paluchniak<br>700 Towner Street<br>Ypsilanti, MI 48198-5724 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Capital One
PO Box 85015
Richmond, VA 23285-5015

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Total Community Credit Union		End of Label Matrix
						Mailable recipients    24
						Bypassed recipients     1
						Total                  25